JOE UNETIC, Appellant, v. WILLIAM NIXON, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment dismisses the complaint on the merits on motion of defendant at the close of the trial and after rendering a special verdict, in an automobile negligence action. The order denies plaintiff's motion for a general verdict in conformity with the jury's verdict finding defendant guilty of negligence and assessing plaintiff's damages, and further grants defendant's motion to dismiss.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

MARY UNETIC, Appellant, v. WILLIAM NIXON, Respondent.— Same decision and like cause of action as in companion case of Unetic v. Nixon (ante, p. 895). Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

ANNA MARKUSIO [UNETIC], Appellant, v. WILLIAM NIXON, Respondent.— Same decision and like cause of action as in companion case of Unetic v. Nixon (ante, p. 895). Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

GRACE SCIBILIA, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27228.) — Judgment affirmed, with costs. All concur. (The judgment is for claimant in a negligence action.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

GRACE SCIBILIA, as Administratrix of the Estate of FRANK SCIBILIA, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27229.) — Same decision and like cause of action as in companion case of Scibilia v. State of New York (ante, p. 895). Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

LUIGI BOTTEGA, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27231.) — Same decision and like cause of action as in companion case of Scibilia v. State of New York ·(ante, p. 895). Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

VINCENT BOTTEGA, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27232.) — Same decision and like cause of action as in companion case of Scibilia v. State of New York (ante, p. 895). Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

ANTHONY BOTTEGA, an Infant, by LUIGI BOTTEGA, His Guardian ad Litem, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27233.) — Same decision and like cause of action as in companion case of Scibilia v. State of New York (ante, p. 895). Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

GRANT O. GARVERICH, as Administrator of the Estate of EARL C. GARVERICH, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27235.) — Same decision and like cause of action as in companion case of Scibilia v. State of New York (ante, p. 895). Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

LUIGI BOTTEGA, as Administrator of the Estate of MARIA BOTTEGA, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27239.) — Same decision and like cause of action as in companion case of Scibilia v. State of New York (ante, p. 895). Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

LUIGI BOTTEGA, as Administrator of the Estate of ROSE BOTTEGA, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27240.) — Same decision and like cause of action as in companion case of Scibilia v. State of New York (ante, p. 895). Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.